## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Kenneth A. Hinton,
2200 Wilson Blvd, Ste 102-004, Arlington, VA
            Plaintiff,     22201-3324

v.

Corrections Corporation of America,
1901 E St, SE, Washington, DC  20003 (CTF) &
10 Burton Hills Blvd, Nashville, TN  37215
            Defendant.

Civil Action No.

(D.C. Superior Court Cause No.
2008 CA 004503 M)

## NOTICE OF REMOVAL

Defendant, Corrections Corporation of America, through counsel, pursuant to 28 U.S.C.

§ 1441, *et. seq.*, FED.R.CIV.P., hereby notices the removal of the above-captioned case from the

Superior Court of the District of Columbia, filed under Cause No. 2008 CA 004503 M, to this

Court and in support thereof asserts:

1.      This Court has jurisdiction pursuant to 28 U.S.C. § 1331. This action may be

removed pursuant to 28 U.S.C. § 1441(b) because it is based on allegations of violations of the

United States Constitution and 42 U.S.C. § 1983, and the amount in controversy, exclusive of

interest and costs, exceeds the jurisdictional minimum.

2.      This Notice of Removal is being filed within thirty (30) days after initial receipt

of the Complaint and is timely filed under 28 U.S.C. § 1446(b).

3.      The time for which Defendant, Corrections Corporation of America, has to

remove this case with respect to the Complaint has not expired.

4.      A Notice of Filing of Notice of Removal, a true and correct copy of which is attached as Exhibit A, has been filed in the Superior Court of the District of Columbia on behalf of Defendant.

WHEREFORE, Defendant respectfully requests that the above action now pending in the Superior Court of the District of Columbia be removed to this Court.

Dated: July 22, 2008                    Respectfully submitted,

                                        Daniel P. Struck, (D.C. Bar No. CO0037)
                                        Jennifer L. Holsman, (D.C. Bar No. 495296)
                                        JONES, SKELTON & HOCHULI, P.L.C.
                                        2901 North Central Avenue, Suite 800
                                        Phoenix, Arizona 85012
                                        Tel:   (602) 263-1700   Fax:   (602) 263-1784
                                        jholsman@jshfirm.com    dstruck@jshfirm.com
                                        By: *Jennifer Holsman*
                                        Jennifer L. Holsman

                                        Paul J. Maloney (D.C. Bar No. 362533)
                                        Mariana Bravo (D.C. Bar No. 473809)
                                        CARR MALONEY, P.C.
                                        1615 L Street, NW, Suite 500
                                        Washington, DC 20036    pjm@carrmaloney.com
                                        Telephone: (202) 315-5500   mdb@carrmaloney.com
                                        Facsimile: (202) 310-5555
                                        Attorneys for Defendant *Corrections
                                        Corporation of America*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2008, a copy of the foregoing Notice of Removal was served by First Class U.S. Mail on the following parties:

Kenneth A. Hinton
2200 Wilson Blvd., Suite 102-004
Arlington, VA 22201
*Plaintiff Pro Se*

Paul J. Maloney, Esq.
Mariana D. Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC   20036

Attorneys for Defendant,
*Corrections Corporation of America*

_____
Jennifer L. Holsman

1940958.1

**EXHIBIT A**

**DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL**

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**

**CAUSE NO. 2008 CA 004503 M**

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

---

Kenneth A. Hinton,

        Plaintiff,

    v.

Corrections Corporation of America,

        Defendant.

C.A. No. 2008 CA 004503 M


Judge:  Honorable Odessa F. Vincent
Next Event: Initial Conference:
Friday, September 19, 2008 @ 9:00 a.m.
Location:  Courtroom B-52
        514 4th Street, NW
        Washington, D.C.  20001

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

Defendant Corrections Corporation of America, through counsel and  pursuant to 28

U.S.C. § 1441 et seq., notifies this Court that it has filed a Notice of Removal of this action to the

United States District Court for the District of Columbia.  A copy of the Notice of Removal filed

in the United States District Court is attached as Exhibit A.

Dated: July 22, 2008

JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:    (602) 263-1700
Facsimile:    (602) 263-1784
jholsman@jshfirm.com

*Jennifer Holsman*

Jennifer L. Holsman, (D.C. Bar No. 495296)
Attorneys for Defendant Corrections
Corporation of America

## CERTIFICATE OF SERVICE

I hereby certify than on July 22, 2008,  a true copy of the foregoing was mailed, first class, postage prepaid, to:

Kenneth A. Hinton
2200 Wilson Blvd., Suite 102-004
Arlington, VA 22201

*Plaintiff Pro Se*

Paul J. Maloney, Esq.
Mariana Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W.
Suite 500
Washington, DC   20036

Attorneys for Defendants, *Corrections Corporation of America*

_____
Jennifer L. Holsman

1940902.1

- 2 -

**EXHIBIT β**

**PLEADINGS FILED IN SUPERIOR COURT**

**HINTON v. CCA**

**CASE NO. 2008 CA 004503 M**

## 2008 CA 004503 M HINTON, KENNETH A Vs. CORRECTIONS CORPORATION OF AMERICA

| File Date | 06/13/2008 | Case Status | Open | Case Status Date | 06/13/2008 |
|---|---|---|---|---|---|
| | | Case Disposition | Undisposed | Case Disposition Date | |

### Party Information

| Party Name | Party Alias(es) | Party Type | Attorney(s) | Attorney Phone |
|---|---|---|---|---|
| HINTON, KENNETH A | | PLAINTIFF | PRO SE | |
| CORRECTIONS CORPORATION OF AMERICA | | Defendant | HOLSMAN, JENNIFER L | (602)263-1784 |
| CORRECTIONS CORPORATION OF AMERICA | | Defendant | | |

### Case Schedule

| Date | Start Time | Event Type | Result |
|---|---|---|---|
| 09/19/2008 | 09:00 AM | Initial Scheduling Conference-60 | |

### Docket Entries

| Date | Text |
|---|---|
| 07/10/2008 | Notice of Acknowledgment of Service for Corrections Corporation of America Filed. Submitted 07/10/2008 13:53. sams. Attorney: HOLSMAN, JENNIFER L (495296) CORRECTIONS CORPORATION OF AMERICA (Defendant); |
| 06/20/2008 | Issue Date: 06/20/2008 Service: Summons Issued Method: Service Issued Cost Per: $ CORRECTIONS CORPORATION OF AMERICA 1901 E Street, SE WASHINGTON, DC 20003 Tracking No: 5000049564 CORRECTIONS CORPORATION OF AMERICA 10 Burton Hills Blvd NASHVILLE, TN 37205 Tracking No: 5000049565 |
| 06/20/2008 | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) by the Clerk Pursuant to SCR 54-II this date: June 20, 2008. KENNETH A HINTON (PLAINTIFF); |
| 06/13/2008 | Order Granting Motion to Proceed In Forma Pauperis Signed by J/ Mencher on 06/13/08 Entered on the Docket. |
| 06/13/2008 | Motion to Proceed In Forma Pauperis Filed Attorney: PRO SE (999999) KENNETH A HINTON (PLAINTIFF); |
| 06/13/2008 | Event Scheduled Event: Initial Scheduling Conference-60 Date: 09/19/2008 Time: 9:00 am Judge: VINCENT, ODESSA F Location: Courtroom B-52 |
| 06/13/2008 | Complaint for Malpractice Medical Filed |

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

KENNETH A. HINTON
2200 Wilson Blvd, Ste 102-004
Arlington, VA 22201-3324

*Plaintiff*

FILED
CIVIL ACTION BRANCH
JUN 11 2008
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

08-0001503

CIVIL ACTION NO. _____

*vs.*

CORRECTIONS CORPORATION OF AMERICA
1901 E Street, S.E.
Washington, D.C. 20003
Serve: John Caulfield, Warden

CORRECTIONS CORPORATION OF AMERICA
10 BURTON HILLS BLVD.
NASHVILLE, TN 37215

*Defendants*

Serve: CT Corporation Systems **COMPLAINT**

1.  Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

Pursuant to the attached Affidavit/Declaration under 28 U.S.C. 1746, et. seq. of the Plaintiff herein, The Plaintiff hereby files this complaint regarding the defendant's malfeasance of committing breach of care/duty, negligence, bad faith, medical malpractice, intentional infliction of emotional distress, mental anguish and tortious irreparable injuries to Plaintiff as a proximate result of not providing him with the prescribed eyeglasses for which was ordered and recommended to him by a ("CCA/CTF") contract opthalmologist(s) from on or about November 15, 2006 thru August 22, 2007.

**Wherefore,** Plaintiff demands judgment against Defendant in the sum of $ 500,000.00 with interest and costs.

703/508-0947
Phone: _____

DISTRICT OF COLUMBIA, SS

KENNETH A. HINTON _____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.

(Plaintiff)                                                                    Agent)

Subscribed and sworn to before me this 4th day of June 20 08.

(Notary Public/Deputy Clerk)

NOTARY PUBLIC DISTRICT OF...

Case: 2008 CA 004503 M

STATEMENT OF CLAIM
PURSUANT TO 28 U.S.C. 1746, et seq.

On or about May 14, 2007 while an inmate housed and under the care of ("CCA/CTF") medical officials I submitted a inmate grievance regarding the fact that I had not received the prescribed eyeglasses for which (Dr. Barry) the CCA/CTF contract opthalmologist recommened and issued an medical order for me to receive pursuant to my eye exam with him on or about November 15, 2006.  As a proximate result of having to wait six months for the delivery of such prescribed eyeglasses that was never delivered to me I have suffered ongoing blurred and diminished vision, anxiety, insomnia, post-traumatic stress, and emotional/mental anguish and distress.

On or about May 21, 2007 I again submitted Medical Grievance No. 07-299 complaining again to the ("CCA/CTF") medical staff that I had not received the delivery of my prescribed eyeglasses pursuant to Dr. Barry's November 15, 2006 examination of me and medical order. As a proximate result of this ongoing delay of such delivery of my prescribed eyeglasses I continued to suffer with unreasonable pain and impaiment of my vision for which continued to diminish thus causing me more emotional and mental anguish, anxiety, insomnia, PTSS, and other medical discomforts associated with the ("CCA/CTF") medical staff deliberate indifference, negligence and breach of care and duty to deliver my prescribed eyeglasses to me.

On or about June 25, 2007 I again submitted Medical Grievance No. 07-332 complaining for a third time that I had not received the prescribed eyeglasses that I needed pursuant to the opthalmologist's November 15, 2006 medical order, thus causing me to endure further unreasonable pain and suffering resulting in my vision being impaired and diminished.

On or about July 12, 2007 I again submitted Medical Grievance No. 07-346 complaining again to the ("CCA/CTF") medical staff that I had not received the prescribed eyeglasses pursuant to the opthalmolgist's November 15, 2006 medical examination of me for such eyewear, nor had I received any follow-up regarding the "re-examination" of me by another ("CCA/CTF") contract opthalmologist who informed me that I would receive my prescribed eyeglasses within four weeks. As a result of the new opthalmologist (Dr. Boschulte) examination of me I received no follow-up exam regarding my ongoing pain in my eyes, nor did I receive the delivery of my prescribed eyeglasses pursuant to Dr. Barry's iniatial medical order for me to have such prescribed eyeglasses.

On or about August 2, 2007 I again submitted Medical Grievance No. 07-350 complaining again to the ("CCA/CTF") medical staff "for a fifth time", regarding the fact that after waiting over eight months I had not received the recommended prescribed eyeglasses pursuant to my first eye exam for such eyewear with Dr. Barry on November 15, 2006, nor pursuant to the "re-examination" of me by Dr. Boschulte on or about July 9, 2007.

On or about August 16, 2007 I received delivery of a pair of eyeglasses that was not in compliance to the prescription for which I was examined for by Dr. Barry or Dr. Boschulte.  The eyeglasses were not feasible for me to see through nor did they allow me to have adequate vision.

As a proximate result of not having the prescribed eyeglasses delivered to me pursuant to my numerous inmate grievances and the recommended medical orders of Dr. Barry and Dr. Boschulte, contract opthalmologist's for ("CCA/CTF"), I continue to suffer with ongoing mental anguish, emotional distress, diminished vision and anxiety.

Wherefore, due to the ("CCA/CTF") medical staff deliberate indifference, negligence, breach of care and duty and bad faith in not being diligent and reasonable in providing me such medical care as ordered, I seek redress and recompense for all averments within the stated causes of actions as mentioned herein.

As the facts are presented herein pursuant to the Inmate Grievance Procedures Policy No. 14-5, of the ("CCA")/("CTF") Policy/Procedures the plaintiff has/had adequately and properly presented his grievance for administrative remedy to no avail of any proper and timely resolve.

### RELIEF REQUESTED

Wherefore, the plaintiff hereby request that he be afforded a jury trial of twelve jurors regarding his averred claims herein.

1) The plaintiff hereby seeks redress and recompense for compensatory damages in the amount of $300,000.00 on all averments of his verified complaint herein;

2) The plaintiff hereby seeks redress and recompense for punitive damages in the amount of $700,000.00 on all averments of the verified complaint herein;

3) The plaintiff hereby request that he receive the payment of any attorney fees/costs that he may encounter to resolve this claim and that he be awarded payment for any related medical costs associated with his therapuetic treatment for his ongoing Post-Traumatic Disorders, Emotional and Mental Distress attributed by the defendant's/gross malfeasance, accordingly.

Signed this 10th day of April, 2008.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing statement of claim is true and correct to the best of my recollection.

4/10/08
_____
(Date)

_____
(Signature of Plaintiff

Superior Court of the District of Columbia

CIVIL DIVISION

| | |
|---|---|
| KENNETH A. HINTON | FILED<br>CIVIL ACTIONS BRANCH<br>JUN 13 2008<br>SUPERIOR COURT<br>OF THE DISTRICT OF COLUMBIA<br>WASHINGTON, DC |

*Plaintiff*

vs.

CORRECTIONS CORPORATION OF AMERICA
*Defendant*

No. _____

08-0004503

MOTION - (Pro-Se)

MOTION OF:  KENNETH A. HINTON, PLAINTIFF    for    IN FORMA PAUPERIS

(State briefly what you want the Court to do)    Plaintiff who is indigent and without any financial

resources to pay any court cost/fees for this filing hereby request this court to

issue an order granting him a "waiver" of the required filing fee of his civil

complaint against the named Defendant for its medical mal practice and negligence.

| Printed name: | Signature: |
|---|---|
| KENNETH A. HINTON | *Kenneth A. Hinton* |
| Address: 2200 Wilson Blvd, Ste 102-244 | Home phone no. 703/508-0947 |
| Arlington, VA 22201-3524 | Business phone no. 703/508-0947 |

CERTIFICATE OF SERVICE

On _____ 20 08 ____ I mailed this motion to all the lawyers in the case,
the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: | Name: |
|---|---|
| Address: | Address: |
| | *Signature* |

POINTS AND AUTHORITIES

Case: 2008 CA 004503 M

(Write the reasons why the Court should grant your motion and include Court rules, laws,
reasons.)

Plaintiff who is indigent, unemployed and destitute seeks this courts grant of his

request to have all filing fees/costs "waived" due to his indigency and lack of

financial resources to defray such filing fees/costs of his civil complaint against

the named defendant who has engaged in acts of medical malpractice and negligence.

*Signature*

Form CV-393/Dec. 00



**Superior Court of the District of Columbia**

CIVIL DIVISION

FILED
OPERATIONS BRANCH

JUN 13 2008

SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

Kenneth A. Hinton
_____
Plaintiff

vs.                          Civil Action No. _____

05-0004503

Columbus Corporation of America, et. al.
_____
Defendant

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I further swear that the responses which I have made to questions and instructions below relating to my ability to pay the cost of proceeding in this action are true.

1. Are you presently employed?  Yes_____ No __✓__
   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received

   _12/2/05_  _$ 1200 ⁰⁰  per month_

   _____

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?  Yes_____ No __✓__
   b. Rent payments, interest or dividends?  Yes_____ No __✓__
   c. Pensions, annuities or life insurance payments?  Yes_____ No __✓__
   d. Gifts or inheritance?  Yes_____ No __✓__
   e. Any other sources?  Yes_____ No __✓__

   If the answer to any of the above is yes, describe each source of money and state the amount received form each during the past twelve months.

   _____

   _____

   _____

   _____

Form CV(6)-694/Nov. 88                                    9-1473 wd-314

3. Do you own any cash, or do you have money in checking or savings account? Yes_____ No___✓___ (Include any funds in prision accounts). If the answer is yes, state the total value of the items owned.

_____

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes_____ No___✓___ If the answer is yes describe the property and state its approximate value.

_____

_____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____ None _____

_____

_____

I have read and subscribed to the above and swear, under oath, that the information is true and correct. I understand that a false statement or answer to any question in this affidavit will subject me to penalties for perjury.

_____
*(Plaintiff's signature)*

Kenneth A. Hinton , being first duly sworn under oath, presents that he has read and subscribed to the above and states that the information herein is true and correct.

_____
*(Plaintiff's signature)*

SUBSCRIBED AND SWORN TO before me this

_____4th_____ day of _____June_____ , 20 08 .

_____
*Notary Public or other person*
*Authorized to administer an oath*

# Superior Court of the District of Columbia

## CIVIL DIVISION

KENNETH A. HINTON

_____

_____
                                    *Plaintiff(s)*

vs.

CORRECTIONS CORPORATION OF AMERICA

_____

_____
                                    *Defendant(s)*

FILED
CIVIL ACTIONS BRANCH

JUN 1 3 2008

SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

Civil Action No. _____

08-0004503

### ORDER

Upon consideration of Plaintiff's (K.A. Hinton) motion to proceed *in forma pauperis*, it is this 13th

day of _____ June _____, 20 08,

ORDERED that said motion is

☑ Granted, and the prepayment of court costs is hereby waived.

☐ Denied without prejudice, on the grounds that

It is further ORDERED that

Copies to:

Kenneth A. Hinton
Plaintiff, Pro se

2200 WILSON Blvd, Ste 102-004
Arlington, VA 22201-3324



JUDGE

CV-626/Nov. 02

Case: 2008 CA 004503 M



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

KENNETH A HINTON
Vs.                                                    C.A. No.        2008 CA 004503 M
CORRECTIONS CORPORATION OF AMERICA

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby ORDERED as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference once, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge ODESSA F VINCENT
Date:  June 20, 2008
Initial Conference: 9:00 am, Friday, September 19, 2008
Location:   Courtroom B-52
            510 4th Street, NW
            WASHINGTON, DC  20001

Caio.doc

ADDENDUM TO INITIAL ORDER AFFECTING
ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Rufus G. King, III

Caio.doc

SCR CIV FORM 1-A
Notice and Acknowledgment for Service by Mail
SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

08-0004503

KENNETH A. HINTON
_____
                    *Plaintiff*

        V.

                        Civil Action Number _____

CORRECTIONS CORPORATION OF AMERICA
_____
                    *Defendant*

NOTICE

To:   Name _____ JOHN CAULFIELD, Warden _____

      Address _____ 1901 E Street, S.E. _____

              _____ Washington, D.C. 20003 _____

   The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

   You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

   If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

   If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

   This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) _June 20, 2008_

_Crystal Kelley_                          _June 20, 2008_
*Signature*                               *Date of Signature*

Acknowledgment of Receipt of Summons, Complaint and Initial Order

   I received a copy of the summons, complaint and initial order in the above captioned matter at

(address) _____

_____     _____     _____
*Signature*                   *Relationship to Defendant/Authority*   *Date of Signature*
                              *To Receive Service of Process*

Form CV(6)-1590/Mar 97

Case: 2008 CA 004503 M
00031676475
Dkt: CIVSS4II

SCR CIV FORM 1-A
Notice and Acknowledgment for Service by Mail
SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

KENNETH A. HINTON
_____
                              *Plaintiff*
            V.
                                    Civil Action Number _____

CORRECTIONS CORPORATION OF AMERICA
_____
                              *Defendant*          08-0004503

## NOTICE

To:    Name ___CT CORPORATION SYSTEM_____

       Address ___1015 15th Street, N.W., Suite 1000_____

              ___Washington, D.C. 20005_____

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) __June 20, 2008__

___Crystal Kelley_____      ___June 20, 2008_____
*Signature*                             *Date of Signature*

Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address) _____

_____       _____       _____
*Signature*                 *Relationship to Defendant/Authority*    *Date of Signature*
                            *To Receive Service of Process*

Form CV(6)-1590/Mar 97

CA Form I

# Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

KENNETH A. HINTON
2200 WILSON Blvd, Ste 102-004
ARLington, VA 22201-3324
*Plaintiff*

**08-0004503**

vs.

Civil Action No. _____

CORRECTIONS CORPORATION OF AMERICA
1901 E Street, S.E.
Washington, D.C. 20003
*Defendant*

Serve: John Caulfield, Warden

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Kenneth A. Hinton
Name of Plaintiff's Attorney

2200 Wilson Blvd, Ste 102-004
Address
Arlington, VA 22201-3324

703/508-0947
Telephone

By _Crystal Kelley_
Deputy Clerk

Date _June 13, 2008_

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**, 500 INDIANA AVENUE, N.W., SALA JM 170

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C.**, 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

CA Form 1

# Superior Court of the District of Columbia

CIVIL DIVISION

500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

KENNETH A. HINTON
2200 Wilson Blvd; Ste 102-004
Arlington, VA 22201-3364
*Plaintiff*

05-0004503

vs.

Civil Action No. _____

CORRECTIONS CORPORATION OF AMERICA
10 Burton Hills Blvd.
Nashville, TN 37215 *Defendant*

Serve: CT Corporation System

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Kenneth A. Hinton
Name of Plaintiff's Attorney

2200 Wilson Blvd Ste 102-004
Address
Arlington, VA 22201-3364

703/508-0947
Telephone

By _____
Deputy Clerk

Date _____ June 18, 2008

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

# Superior Court of the District of Columbia
## CIVIL DIVISION — CIVIL ACTIONS BRANCH

## INFORMATION SHEET

KENNETH A. HINTON

vs.

CORRECTIONS CORPORATION OF AMERICA

Case Number: 08-0004503

Date: 5/30/2008

| Name: *(please print)* | Relationship to Lawsuit |
| KENNETH A. HINTON | ☐ Attorney for Plaintiff |
| Firm Name: PRO SE | ☒ Self (Pro Se) |
| Telephone No.:        Unified Bar No.: | Other: |

TYPE OF CASE: ☐ Non-Jury      ☐ 6 Person Jury      ☒ 12 Person Jury

Demand: $ 500,000.00                    Other:

**PENDING CASE(S) RELATED TO THE ACTION BEING FILED**

Case No. _____ Judge _____ Calendar # _____

Case No. _____ Judge _____ Calendar # _____

---

NATURE OF SUIT:   *(Check One Box Only)*

**A. CONTRACTS**
- ☐ 01 Breach of Contract
- ☐ 02 Breach of Warranty
- ☐ 06 Negotiable Instrument
- ☐ 15 Other:
- ☐ 07 Personal Property
- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance

**COLLECTION CASES**
- ☐ 14 Under $25,000 Pltf. Grants Consent
- ☐ 16 Under $25,000 Consent Denied
- ☐ 17 OVER $25,000

**B. PROPERTY TORTS**
- ☐ 01 Automobile
- ☐ 02 Conversion
- ☐ 07 Shoplifting, D.C. Code § 3-441
- ☐ 03 Destruction of Private Property
- ☐ 04 Property Damage
- ☐ 05 Trespass
- ☐ 06 Other:

**C. PERSONAL TORTS**
- ☐ 01 Abuse of Process
- ☐ 02 Alienation of Affection
- ☐ 03 Assault and Battery
- ☐ 04 Automobile
- ☐ 05 Deceit (Misrepresentation)
- ☐ 06 False Accusation
- ☐ 07 False Arrest
- ☐ 08 Fraud
- ☐ 09 Harassment
- ☐ 10 Invasion of Privacy
- ☐ 11 Libel and Slander
- ☐ 12 Malicious Interference
- ☐ 13 Malicious Prosecution
- ☐ 14 Malpractice Legal
- ☒ 15 Malpractice Medical
- ☐ 16 Negligence
- ☐ 17 Personal Injury
- ☐ 18 Wrongful Death
- ☐ 19 Wrongful Eviction
- ☐ 20 Other:
- ☐ 21 Asbestos
- ☐ 22 Toxic/Mass Torts

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

Form CV(6)-496/Feb. 95                    5-0993-1 wd-354

INFORMATION SHEET, Continued

**D. OTHERS**

I.
- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 04 Condemnation (Emin. Domain)
- ☐ 05 Ejectment
- ☐ 07 **Insurance/Subrogation Under** $25,000 PIP. **Grants** Consent
- ☐ 08 Quiet Title
- ☐ 09 Special Writ (Specify)
- _____

- ☐ 10 T.R.O./Injunction
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (D.C. Code 16-4315)

- ☐ 25 Other: _____
- ☐ 26 **Insurance/Subrogation Under** $25,000 **Consent Denied**
- ☐ 27 **Insurance/Subrogation Over** $25,000

II.
- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [6-2713(h) or 36-319(a)]
- ☐ 20 Master Meter (D.C. Code 43-541, et seq.)

- ☐ 21 Petition for Subpoena [Rule 28-I(b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27 (a)(1) (Perpetuate Testimony)

## SCR CIV FORM 1-A
### Notice and Acknowledgment for Service by Mail
### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
#### Civil Division

KENNETH A. HINTON

_____
Plaintiff

V.

08-0004503

Civil Action Number · _____

CORRECTIONS CORPORATION OF AMERICA

_____
Defendant

## NOTICE

To:   Name    CT CORPORATION SYSTEM
      _____

      Address    1015 15th Street, N.W., Suite 1000
      _____

      Washington, D.C. 20005
      _____

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) _June 20, 2008_ .

_____              _June 20, 2008_
Signature                              Date of Signature

### Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address)   Jones, Skelton & Hochuli, 2901 N. Central Ave., Ste. 800, Phx 85012

_____              Attorneys for Corrections Corporation
Signature                              _____   of America
                                       Relationship to Defendant/Authority    Date of Signature
                                       To Receive Service of Process           7/10/2008

Form CV(6)-1590/Mar 97

B
08 – 1266
RWR

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

Kenneth A. Hinton

8866

## DEFENDANTS

Corrections Corporation of America, ETAL
1109

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
**(EXCEPT IN U.S. PLAINTIFF CASES)**

Arlington County

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Pro Se Plaintiff
2200 Wilson Blvd,. Suite 102-004
Arlington, VA  22201

Case: 1:08-cv-01266
Assigned To : Roberts, Richard W.
Assign. Date : 7/23/2008
Description: PI/Malpractice

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ◉ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

| ○ A. Antitrust | ◉ B. Personal Injury/ Malpractice | ○ C. Administrative Agency Review | ○ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☒ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ○ E. General Civil (Other) OR ○ F. Pro Se General Civil | | | |
|---|---|---|---|
| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant)<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ **530 Habeas Corpus-General** ☐ **510 Motion/Vacate Sentence** | ☐ **442 Civil Rights-Employment** (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *(If pro se, select this deck)* | ☐ **895 Freedom of Information Act** ☐ **890 Other Statutory Actions** (if Privacy Act) *(If pro se, select this deck)* | ☐ **152 Recovery of Defaulted Student Loans** (excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ **710 Fair Labor Standards Act** ☐ **720 Labor/Mgmt. Relations** ☐ **730 Labor/Mgmt. Reporting & Disclosure Act** ☐ **740 Labor Railway Act** ☐ **790 Other Labor Litigation** ☐ **791 Empl. Ret. Inc. Security Act** | ☐ **441 Voting (if not Voting Rights Act)** ☐ **443 Housing/Accommodations** ☐ **444 Welfare** ☐ **440 Other Civil Rights** ☐ **445 American w/Disabilities-Employment** ☐ **446 Americans w/Disabilities-Other** | ☐ **110 Insurance** ☐ **120 Marine** ☐ **130 Miller Act** ☐ **140 Negotiable Instrument** ☐ **150 Recovery of Overpayment & Enforcement of Judgment** ☐ **153 Recovery of Overpayment of Veteran's Benefits** ☐ **160 Stockholder's Suits** ☐ **190 Other Contracts** ☐ **195 Contract Product Liability** ☐ **196 Franchise** | ☐ **441 Civil Rights-Voting** (if Voting Rights Act) |

**V. ORIGIN**
○ 1 Original Proceeding  ⊙ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**
28 U.S.C. § 1983, et. seq. - alleged medical negligence pertaining to eyeglasses

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  **DEMAND $** 1,000,000.00  Check YES only if demanded in complaint  **JURY DEMAND:** YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☒ NO ☐ If yes, please complete related case form.

DATE 7/22/08  SIGNATURE OF ATTORNEY OF RECORD  *Jennifer Hollman*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


_KENNETH  A.  HINTON_
Plaintiff


v.                                    Civil Action No.    **08 1266**

                                                          **JUL 23 2008**

_CORRECTIONS CORPORATION OF AMERICA,_
Defendant                            _ET AL_


    The above entitled action, removed from the Superior Court for the District of Columbia,

has been filed and assigned to Judge **ROBERTS, J. RWR** ll counsel and/or pro se

litigants must include on any subsequent pleadings both the civil action number and the initials

of the judge assigned to this action. (See preceding sentence for judge's initials).

    Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the

bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly

recording all counsel of record, counsel for all parties must enter their appearance in accordance

with our Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's

Office to ensure prompt delivery of notices and orders.

    Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly

spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court

on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _Maureen Higgins_
      Deputy Clerk

cc: _KENNETH A. HINTON_

929A
Rev. 7/02