CO-386-online
10/03

# United States District Court
# For the District of Columbia

Kenneth A. Hinton )
2200 Wilson Boulevard, Suite 102-004 )
Arlington, VA 22201-3324 )
)
      Plaintiff )  Civil Action No. 1:08-cv-01266-RWR
  VS )
)
Corrections Corporation of America )
1901 E Street, SE, Washington, DC 20003 (CCA/CTF) & )
10 Burton Hills Boulevard, Nashville, TN 37215 (CCA) )
)
      Defendant )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Defendants Corrections Corporation of America__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Corrections Corporation of America__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Jennifer Holsman* (signature)
Signature

495296
BAR IDENTIFICATION NO.

Jennifer L. Holsman
Print Name

2901 North Central Avenue, Suite 800
Address

Phoenix, AZ 85012
City   State   Zip Code

(602) 263-1700
Phone Number