## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KENNETH A. HINTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-1266 (RWR) |
| CORRECTIONS CORPORATION OF AMERICA, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER REMANDING CASE

The Corrections Corporation of America removed this case from the Superior Court of the District of Columbia asserting that this Court has federal question jurisdiction under 28 U.S.C. § 1331 "based on allegations of violations of the United States Constitution and 42 U.S.C. § 1983, and the amount in controversy . . . ." In fact, the complaint alleges medical malpractice and related common law torts. The complaint contains neither any citations to the United States Constitution or 42 U.S.C. § 1983 nor any allegations of constitutional violations or violations of § 1983. Moreover, amounts in controversy do not alone create federal question jurisdiction. Therefore, it is hereby

ORDERED that this case be, and hereby is, REMANDED to the Superior Court of the District of Columbia.

SIGNED this 11th day of August, 2008.

_____
/s/
RICHARD W. ROBERTS
United States District Judge